WILLIAM G. KRAMER, Respondent, v. WILLIAM COMERFORD and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

KATHELYN KRAMER, by WILLIAM G. KRAMER, Her Guardian ad Litem, Respondent, v. WILLIAM COMERFORD and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

DANIEL B. WILDER, Appellant, v. NELLIE KRESS and Others, Appellants, Impleaded with EDWARD KRESS and Others, Defendants, and CORA WILDER, Individually and as Executor, etc., of SARGENT WILDER, Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING SIEGEL, Appellant.— Judgment of conviction affirmed. All concur.

ANTHONY A. VALENTE and Another, Respondents, v. SCHUYLER C. WELLS and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

MAJOR W. SHUTE, Respondent, v. HOWARD H. HUBBARD, Appellant.— Judgment and order affirmed, with costs. All concur.

LAWRENCE SALZER, Respondent, v. WILLIAM SINGLETON, Appellant.— Judgment and order affirmed, with costs. All concur.

JOHN WALKER, as Administrator, etc., of ANNA WALKER, Deceased, Respondent, v. HASKELL BROTHERS CORPORATION and Another, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. All concur.

MARY E. YOUNG, SR., and Others, Respondents, v. JENNIE COLLARD, Appellant.— Judgment affirmed, with costs. All concur.

MARY OSBAND, Respondent, v. MAX GORDON, Appellant.— Judgment and order affirmed, with costs. All concur.

LEHIGH AND NEW YORK RAILROAD COMPANY, Respondent, v. THE CITY OF AUBURN and Another, Appellants.— Judgment affirmed, with costs. This court finds that the land assessed is permanently devoted to a public use. Finding No. 24 of defendants' requests to find is disapproved and reversed. All concur.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. ANTON C. GOLDMAN and Another, Respondents.— Orders affirmed, with costs. All concur.

GEORGE H. CASTLE and Another, Appellants, v. BESSIE PAY and Others, Respondents.— Judgment and order affirmed, with costs. All concur, except Sears and Crouch, JJ., who dissent and vote for modification so as to provide for a rescission and accounting.

RUTH B. VIALL, Respondent, v. LELAND S. VIALL, Appellant.— Order affirmed with ten dollars costs and disbursements, without prejudice to a motion at Special Term to reduce the alimony. All concur.

RAYMOND T. JONES, Respondent, v. ADNIA A. WILSON, Appellant, Impleaded with Others.— Order modified and as modified affirmed, with ten dollars costs and disbursements to the appellant. Settle order before Sears, J., on two days' notice. All concur.

EARL REED, Respondent, v. SENECA COUNTY PRODUCTS CREAMERY CO., INC., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

UTICA GAS AND ELECTRIC COMPANY, Respondent, v. JOHN SHERMAN and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Judicial Settlement of the Accounts of FREDERICK F.